# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133887(53)

BUDGET RENT-A-CAR SYSTEM, INC.,
       Plaintiff-Appellee,

v

CITY OF DETROIT and DETROIT POLICE
DEPARTMENT,
       Defendants-Appellants.
_____

SC: 133887
COA: 271703
Wayne CC: 05-501303-NI

On order of the Chief Justice, the motion by plaintiff-appellee for extension to October 13, 2008 of the time for filing its brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk